# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   THURSTON J. SHEROD & VENESTER SHEROD                           Case Number: 05-75798
         911 NORTH SUNSET AVENUE                 SSN-xxx-xx-5604 & xxx-xx-1188
         ROCKFORD, IL  61101

                                                           Case filed on:    10/7/2005
                                                           Plan Confirmed on:  2/28/2006
                                D Dismissed

Total funds received and disbursed pursuant to the plan: $14,624.78     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,547.04 | 3,547.04 | 3,547.04 | 0.00 |
|  | Total Legal | 3,547.04 | 3,547.04 | 3,547.04 | 0.00 |
| 003 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | BUTLER, BUTLER AND ROWSE-OBERLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | INTERNAL REVENUE SERVICE | 1,718.66 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 1,718.66 | 0.00 | 0.00 | 0.00 |
| 999 | THURSTON J. SHEROD | 0.00 | 0.00 | 134.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 134.00 | 0.00 |
| 001 | ILLINOIS TITLE LOANS, INC | 1,086.65 | 1,086.65 | 375.86 | 0.00 |
| 002 | LITTON LOAN SERVICING LP | 7,794.84 | 2,662.29 | 2,662.29 | 0.00 |
| 004 | PARDA FEDERAL CREDIT UNION | 20,297.09 | 18,000.00 | 4,709.13 | 2,307.30 |
|  | Total Secured | 29,178.58 | 21,748.94 | 7,747.28 | 2,307.30 |
| 004 | PARDA FEDERAL CREDIT UNION | 0.00 | 2,297.09 | 0.00 | 0.00 |
| 005 | ADVANCE AMERICA | 745.00 | 745.00 | 0.00 | 0.00 |
| 006 | CAVALRY PORTFOLIO SERVICES LLC | 654.74 | 654.74 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | EQUINOX | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | B-LINE LLC | 1,167.70 | 1,167.70 | 0.00 | 0.00 |
| 012 | LTD FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MEDICAL-DENTAL-HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY INC | 1,094.81 | 1,094.81 | 0.00 | 0.00 |
| 017 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | TELECHECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | LVNV FUNDING LLC | 156.85 | 156.85 | 0.00 | 0.00 |
|  | Total Unsecured | 3,819.10 | 6,116.19 | 0.00 | 0.00 |
|  | Grand Total: | 38,263.38 | 31,412.17 | 11,428.32 | 2,307.30 |

Total Paid Claimant:      $13,735.62
Trustee Allowance:        $889.16              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00            discharging the trustee and the trustee's surety from any and all
                                               liablility on account of the within proceedings, and closing the estate,
                                               and for such other relief as is just.  Pursuant to FRBP, I hereby
                                               certify that the subject case has been fully administered.

Report Dated:

                                                       /s/ Lydia S. Meyer
                                                       Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 02/29/2008         By  /s/Heather M. Fagan